

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00318-CR

The State of Texas
v.
Juan Manuel Perez

On Appeal from the
County Court at Law No. 7 of Hidalgo County, Texas
Trial Cause No. CR-20-01008-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

August 25, 2022